1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

| | |
|---|---|
| FALCON ENTERPRISES, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>NOBEL DEVELOPMENTS, INC., *et al.*,<br><br>Defendants. | No. CV06-1404RSL<br><br>ORDER DENYING IN PART DEFENDANTS' MOTION TO STAY AND FOR AN EXTENSION TO FILE ANSWER |

14

15

16

17

18

19

20

        This matter comes before the Court on "Defendants' Motion to Stay, Or in the Alternative, to Extend Time to Answer" (Dkt. #8).  Defendants seek a stay pending the resolution of a motion to transfer filed by plaintiffs in a related declaratory relief action in the Central District of California.  Alternatively, defendants seek an extension until December 24, 2006 to respond to the Complaint.  Plaintiffs argue that defendants' motion to stay should be denied and contend that defendants should be ordered to answer the complaint within ten days of the Court's ruling on this motion.

21

22

23

24

25

26

        The Court is mindful of the motion to transfer currently pending in the Central District of California, but notes that the declaratory action in California involves only one of the six defendants in this case and concerns only the limited question of whether plaintiffs' copyrighted works were willfully infringed.  It is therefore unclear what benefit would be derived from staying the current action regardless of whether the pending motion to transfer is ultimately

27

28

ORDER DENYING IN PART DEFENDANTS'
MOTION TO STAY AND FOR AN
EXTENSION TO FILE ANSWER -1

1  granted or denied.  As such, defendants' request for a stay is denied.

2          On the question of extending defendants' time to file an answer, the parties seem to be in

3  relative agreement.  Defendants seek an extension until December 24, 2006.  Plaintiffs seek an

4  order requiring defendants to answer the complaint within ten days of the Court's ruling on this

5  motion.  Keeping in mind the upcoming court holiday, the Court orders defendants to file an

6  answer by December 26, 2006.

7          For all the foregoing reasons, defendants' motion is DENIED in part and GRANTED in

8  part.

9

10         DATED this 13th day of December, 2006

11

12

13                                                          Robert S. Lasnik

14                                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27         ORDER DENYING IN PART DEFENDANTS'
           MOTION TO STAY AND FOR AN
28         EXTENSION TO FILE ANSWER -2